**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6485**

BRIAN A. REAVIS, a/k/a Brian Anthony Reavis,

Plaintiff - Appellant,

v.

C/O DARDEN; C/O SADLER; MR. GREEN; MS. JOHNSON; MR. HEATH; C/O NELLUMS; UNIT MANAGER FONVILL; ASST. UNIT MANAGER GIE; SGT. MOORE; C/O JOHNSON; C/O STREETER; C/O WILLIAM; DR. FURTRELL; SGT. HUTCHING; SGT. LANCASTER; C/O BOYER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-ct-03257-D-RJ)

Submitted:  August 21, 2025                    Decided:  August 26, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian A. Reavis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian A. Reavis appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Reavis v. Darden*, No. 5:24-ct-03257-D-RJ (E.D.N.C. filed May 22, 2025, & entered May 23, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2